No. D–2378. IN RE DISCIPLINE OF LEVINE. Mel Levine, of Phoenix, Ariz., is suspended from the practice of law in this

Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.